Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





RICK MENDOZA and 

IRENE MENDOZA,


 Appellants,


v.


ALICIA G. MURPHY, M.D. and

MARIANO ALLEN, M.D.,


 Appellees. 

§


 


§


 


§


 


§


 


§



§

No. 08-08-00279-CV



Appeal from


 327th District Court


of El Paso County, Texas


(TC # 2005-1644)




MEMORANDUM OPINION



 Pending before the Court is Appellants' motion to dismiss the appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellees have not objected to the dismissal and there is no indication that
dismissal would prevent Appellees from seeking relief to which they would otherwise be entitled. 
We therefore grant the motion and dismiss the appeal. Costs are taxed against Appellants. See
Tex.R.App.P. 42.1(d).


April 9, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.

Chew, C.J., not participating